UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
KONSTANTIN DOBRYAKOV,

                Plaintiffs,

-against-

THE VILLAGE OF SPRING VALLEY POLICE DEPARTMENT, THE VILLAGE OF SPRING VALLEY, THE COUNTY OF ROCKLAND, THE ROCKLAND COUNTY DISTRICT ATTORNEY'S OFFICE, THE ROCKLAND COUNTY NARCOTIC TASK FORCE, and "JOHN DOE", a fictitious name intended to represent those police officers who were involved in the arrest and detainment of the Plaintiff,

                Defendants.
------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Docket No.
08 Civ. 4488 (CLB)

**PLEASE TAKE NOTICE** that Brian S. Sokoloff, a member of the firm of MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, attorneys for defendants THE VILLAGE OF SPRING VALLEY POLICE DEPARTMENT and THE VILLAGE OF SPRING VALLEY, hereby files this notice solely for the purpose of receiving ECF alerts via email, reserving for defendant the right to contest jurisdiction or service.

Dated: Mineola, New York
June 3, 2008

        MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP
Attorneys for Defendant WILLIAM R. WERNER

By: /s/
    BRIAN S. SOKOLOFF (bss-7147)
240 Mineola Boulevard
The Esposito Building
Mineola, New York 11501
(516) 741-7676
Our File No. 07-528

TO: FELLOWS, HYMOWITZ & EPSTEIN, P.C.
Attorneys for Plaintiff
254 South Main Street
New City, New York 10956