Military Service. 12-88                                                                                                       PUBLISHER, NYC 1001

US District COURT OF Southern District OF New York

Konstantin Dobryakov                                       Plaintiff(s)

against

The Village of Spring Valley Police department, The Village of Spring Valley, The County of Rockland, The Rockland County District Attorney's office, The Rockland County Narcotic task Force and "John Doe", a fictitious name intended to represent that police officers who were involved in the arrest and detainment of the Plaintiff.                                       Defendant(s)

Index No. 08CiV 4488-USDC/SDNY

**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)**

STATE OF NEW, County of Rockland SS:

The undersigned, being duly sworn, deposes and says: Jeponen is not a party herein, is over 18 years of age and resides at New City, NY

That on May 27 2008 at 2:06 P.M., at 200 No. Main St, Spring Valley, NY 10977 deponent served the within summons, and complaint on Village of Spring Valley defendant therein named

**INDIVIDUAL 1.** ☐ by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** ☒ a Municipal corporation, by delivering thereat a true copy of each to Mary Anne Healey personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be authorized to accept service thereof.

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy of each to _____ a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐ Within 20 days of such delivery or affixing; deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business, at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, or 3**
☐ Male    ☒ White Skin    ☐ Black Hair    ☒ White Hair    ☐ 14-20 Yrs.    ☐ Under 5'    ☐ Under 100 Lbs.
☒ Female  ☐ Black Skin    ☐ Brown Hair    ☐ Balding       ☐ 21-35 Yrs.   ☐ 5'0"-5'3"   ☐ 100-130 lbs.
          ☐ Yellow Skin   ☐ Blonde Hair   ☐ Mustache      ☐ 36-50 Yrs.   ☐ 5'4"-5'8"   ☐ 131-160 lbs.
          ☐ Brown Skin    ☒ Gray Hair     ☐ Beard         ☒ 51-65 Yrs.   ☒ 5'9"-6'0"   ☒ 161-200 lbs.
          ☐ Red Skin      ☐ Red Hair      ☐ Glasses       ☐ Over 65 Yrs. ☐ Over 6'     ☐ Over 200 Lbs.

Other identifying features: Identified self as Mary Anne Healey, a person authorized to accept service.

**USE IN NYC CIVIL CT.** ☐ The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es).

**MILITARY SERVICE** ☐ I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on

6/3/08

_____
Print name beneath signature

Daniel T. Fellows

License No. _____

**INSTRUCTIONS:** Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

Military Service. 12-88                                                                                                                    PUBLISHER, NYC 1001

US District COURT OF Southern District OF New York

Konstantin Dobryakov                                          Plaintiff(s)          Index No. 08 CIV 4488-USDC/SDNY

against

The Village of Spring Valley Police department, The Village of Spring Valley,           AFFIDAVIT OF
The County of Rockland, The Rockland County District Attorney's office, The             SERVICE OF SUMMONS
Rockland County Narcotic task Force and "John Doe", a Fictitious name                   (AND COMPLAINT)
intended to represent that Police officers who were involved in Defendant(s)
the arrest and detainment of the Plaintiff.

STATE OF NEW, County of Rockland ss:                             The undersigned, being duly sworn, deposes and says; deponent
is not a party herein, is over 18 years of age and resides at New City, NY
That on May 27, 2008 **X** at 1:05 P M., at 200 No. Main Street, Spring Valley, NY 10977
deponent served the within summons, and complaint on "John Doe", a Fictitious name intended to represent                                             defendant therein named
that Police officers who were involved in arrest,

**INDIVIDUAL**      by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said
1. ☐               defendant therein.

**CORPORATION**    a                                  corporation, by delivering thereat a true copy of each to
2. ☐               personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual
                   to be                               thereof.

**SUITABLE AGE PERSON**   by delivering thereat a true copy of each to Sgt. Russell                                                                          a person of suitable
3. ☒                      age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.**   by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode
4. ☐                         —within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4**   Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's
5A. ☐                                       last known residence, at
                                            and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4**    Within 20 days of such delivery or affixing; deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at
5B. ☐                                       defendant's actual place of business, at
                                            in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend
                                            "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an
                                            attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, or 3**
☒ Male       ☒ White Skin    ☐ Black Hair    ☒ White Hair    ☐ 14-20 Yrs.   ☐ Under 5'    ☐ Under 100 Lbs.
☐ Female     ☐ Black Skin    ☐ Brown Hair   ☐ Balding        ☐ 21-35 Yrs.   ☐ 5'0"-5'3"   ☐ 100-130 lbs.
             ☐ Yellow Skin   ☒ Blonde Hair  ☐ Mustache       ☒ 36-50 Yrs.   ☐ 5'4"-5'8"   ☐ 131-160 lbs.
             ☐ Brown Skin    ☐ Gray Hair    ☐ Beard          ☐ 51-65 Yrs.   ☒ 5'9"-6'0"   ☒ 161-200 lbs.
             ☐ Red Skin      ☐ Red Hair     ☐ Glasses        ☐ Over 65 Yrs. ☐ Over 6'     ☐ Over 200 Lbs.

Other identifying features: Identified self as Sgt. Russell, a person authorized to accept service.

**USE IN NYC CIVIL CT.** ☐
The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es).

**MILITARY SERVICE** ☐   I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity
                         whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the
                         grounds of my belief are the conversations and observations above narrated.
                         Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in
                         either the State or in the Federal statutes.

Sworn to before me on
6/3/08

Print name beneath signature
Daniel T. Fellows

License No. _____

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

Military Service. 12-88                                                                                                      PUBLISHER, NYC 1001

US District COURT OF Southern District OF New York

Konstantin Dobryakov    Plaintiff(s)

against

The village of Spring Valley Police department, The village of Spring Valley, The County of Rockland, The Rockland County District Attorney's office, The Rockland County Narcotic task Force and "John Doe", a fictitious name intended to represent that Police officers who were involved in the arrest and detainment of the plaintiff.    Defendant(s)

Index No. 08Civ 4488-USDC/SDNY

**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)**

STATE OF NEW, County of Rockland ss:   The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at New City, NY

That on May 27, 2008 at 1:05 P.M., at 200 No. Main Street Spring Valley, NY 10977. deponent served the within summons, and complaint on Village of Spring valley Police department defendant therein named

INDIVIDUAL 1. ☐ by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

CORPORATION 2. ☒ a department of a municipal corporation, by delivering thereat a true copy of each to Sgt. Russell personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be authorized to accept service thereof.

SUITABLE AGE PERSON 3. ☐ by delivering thereat a true copy of each to ____ a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

AFFIXING TO DOOR, ETC. 4. ☐ by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

MAILING TO RESIDENCE USE WITH 3 OR 4 5A. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at ____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

MAILING TO BUSINESS USE WITH 3 OR 4 5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business, at ____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

DESCRIPTION USE WITH 1, 2, or 3 ☒

| | | | | | |
|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☐ Black Hair | ☒ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 lbs. |
| | ☐ Yellow Skin | ☒ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☒ 5'9"-6'0" | ☒ 161-200 lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features: Identified self as Sgt. Russell, a person authorized to accept service.

USE IN NYC CIVIL CT. ☐ The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es).

MILITARY SERVICE ☐ I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on

6/3/08

_____
Print name beneath signature
Daniel T. Fellows

License No. ____

**INSTRUCTIONS:** Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

Military Service. 12-88                                                                   PUBLISHER, NYC 1001

US District COURT OF Southern District
OF New York

Konstantin Dobryakov                                      Plaintiff(s)         Index No. 08CIV4488-USDC/SDNY

against                                                                         AFFIDAVIT OF
The Village of Spring Valley Police Department, The Village of Spring Valley,     SERVICE OF SUMMONS
The County of Rockland, The Rockland County District Attorney's office, The         (AND COMPLAINT)
Rockland County Narcotic Task Force and "John Doe" a fictitious name
intended to represent that Police Officers who were involved in       Defendant(s)
the arrest and detainment of the plaintiff.

STATE OF NEW, County of Rockland SS:          The undersigned, being duly sworn, deposes and says; Jeponen
is not a party herein, is over 18 years of age and resides at New City, NY
That on May 17 2008 at 11:55 A.M., at 1 South Main Street, Suite 500, New City, NY 10956
deponent served the within summons, and complaint on "John Doe", a fictitious name intended to represent that defendant therein named
                                                                  Police officers who were involved in arrest

INDIVIDUAL  ☐  by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said
1.             defendant therein.

CORPORATION  a _____ corporation, by delivering thereat a true copy of each to
2.  ☐        _____ personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual
             to be _____ thereof.

SUITABLE     by delivering thereat a true copy of each to "Jane Doe" first and last name being unknown ✗   a person of suitable
AGE PERSON   age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.
3.  ☒

AFFIXING TO  by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode
DOOR, ETC.   —within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there
4.  ☐

✗ a person at the offices of the Rockland
County District Attorneys office accepting
service on its behalf

MAILING TO   Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's
RESIDENCE    last known residence, at
USE WITH 3 OR 4  and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.
5A. ☐

MAILING TO   Within 20 days of such delivery or affixing; deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at
BUSINESS     defendant's actual place of business, at
USE WITH 3 OR 4  in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend
5B. ☐        "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an
             attorney or concerned an action against the defendant.

DESCRIPTION  ☐ Male          ☒ White Skin      ☐ Black Hair      ☒ White Hair     ☐ 14-20 Yrs.    ☐ Under 5'      ☐ Under 100 Lbs.
USE WITH     ☒ Female        ☐ Black Skin      ☐ Brown Hair      ☐ Balding        ☐ 21-35 Yrs.    ☒ 5'0"-5'3"     ☒ 100-130 lbs.
1, 2 or 3                                                 Dirty
             ☐ Yellow Skin    ☒ Blonde Hair    ☐ Mustache       ☐ 36-50 Yrs.    ☐ 5'4"-5'8"     ☐ 131-160 lbs.
☒            ☐ Brown Skin      (curly)
             ☐ Red Skin        ☐ Gray Hair     ☐ Beard          ☒ 51-65 Yrs.    ☐ 5'9"-6'0"     ☐ 161-200 lbs.
             ☐                 ☐ Red Hair      ☐ Glasses        ☐ Over 65 Yrs.  ☐ Over 6'       ☐ Over 200 Lbs.

Other identifying features:
Identified self as person authorized to accept service

USE IN
NYC CIVIL CT.  The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es).
☐

MILITARY     I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity
SERVICE      whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the
             grounds of my belief are the conversations and observations above narrated.
☐            Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in
             either the State or in the Federal statutes.

Sworn to before me on                                            _____
6/3/08                                                           Print name beneath signature
                                                                 Daniel T. Fellows

                                                                 License No. _____

**INSTRUCTIONS:** Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service
allegation if not applicable.

Military Service. 12-88

PUBLISHER, NYC 1001

US District COURT of Southern District of New York

Konstantin Dobryakov **Plaintiff(s)**

against

The Village of Spring Valley Police Department, The Village of Spring Valley, The County of Rockland, The Rockland County District Attorney's Office, The Rockland County Narcotic Task Force and "John Doe" a fictitious name intended to represent those police officers who were involved in **Defendant(s)** the arrest and detainment of the Plaintiff.

Index No. 08CIV 4488 - USDC / SDNY

**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)**

STATE OF NEW, County of Rockland SS:

The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at New City, NY

That on May 27 2008 at 11:55 A.M., at 1 South Main St, Suite 500, New City, NY 10956 deponent served the within summons, and complaint on The Rockland County Narcotics Task Force defendant therein named

**INDIVIDUAL 1.** ☐ by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** ☒ a division of a Municipal corporation, by delivering thereat a true copy of each to "Jane Doe" First and last name being unknown * personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be authorized to accept service thereof.

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

* a person at the offices of the Rockland County District Attorney's office accepting service on its behalf.

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐ Within 20 days of such delivery or affixing; deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2 or 3** ☒

☐ Male ☒ Female

☐ White Skin ☐ Black Skin ☐ Yellow Skin ☐ Brown Skin ☐ Red Skin

☐ Black Hair ☐ Brown Hair ☒ Blonde Hair (Dirty) ☐ Gray Hair ☐ Red Hair

☒ White Hair ☐ Balding ☐ Mustache ☐ Beard ☐ Glasses

☐ 14-20 Yrs. ☐ 21-35 Yrs. ☐ 36-50 Yrs. ☒ 51-65 Yrs. ☐ Over 65 Yrs.

☐ Under 5' ☒ 5'0"-5'3" ☐ 5'4"-5'8" ☐ 5'9"-6'0" ☐ Over 6'

☐ Under 100 Lbs. ☒ 100-130 Lbs. ☐ 131-160 Lbs. ☐ 161-200 Lbs. ☐ Over 200 Lbs.

Other identifying features: Identified self as person authorized to accept service

**USE IN NYC CIVIL CT.** ☐ The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es).

**MILITARY SERVICE** ☐ I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on
6/3/08

_[signature]_
Print name beneath signature
Daniel T. Fellows
License No. _____

**INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.**

Military Service. 12-88                                                                                               PUBLISHER, NYC 1001

US District COURT OF Southern District
OF New York

Konstantin Dobryakov                                    Plaintiff(s)          Index No. 08CIV4488-USDC/SDNY

against                                                                        AFFIDAVIT OF
The Village of Spring Valley Police department, The village of Spring Valley,   SERVICE OF SUMMONS
The County of Rockland, The Rockland County District Attorney's office, The     (AND COMPLAINT)
Rockland County Narcotic task Force and "John Doe" a fictitious name
intended to represent that police officers who were involved in   Defendant(s)
the arrest and detainment of the plaintiff.

STATE OF NEW, County of Rockland ss:     The undersigned, being duly sworn, deposes and says; deponent
is not a party herein, is over 18 years of age and resides at New City, NY
That on May 27 2008 at 11:55 A.M., at 1 South Main St, Suite 500, New City, NY 10956
deponent served the within summons, and complaint on
The Rockland County District Attorney's office                         defendant therein named

INDIVIDUAL  by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said
1. ☐        defendant therein.

CORPORATION a an office of a municipal corporation, by delivering thereat a true copy of each to "Jane Doe", First and last name being unknown
2. ☒        personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual
            to be authorized to accept service thereof.

SUITABLE    by delivering thereat a true copy of each to                                                       a person o' suitable
AGE PERSON
3. ☐        age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

AFFIXING TO by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode
DOOR, ETC.  —within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there
4. ☐

* a person at the offices of the Rockland County district Attorneys
office accepting service on their behalf.

MAILING TO   Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's
RESIDENCE
USE WITH 3 OR 4  last known residence, at
5A. ☐        and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

MAILING TO   Within 20 days of such delivery or affixing; deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at
BUSINESS
USE WITH 3 OR 4  defendant's actual place of business, at
5B. ☐        in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend
             "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an
             attorney or concerned an action against the defendant.

DESCRIPTION  ☐ Male        ☒ White Skin    ☐ Black Hair   ☒ White Hair    ☐ 14-20 Yrs.   ☐ Under 5'    ☐ Under 100 Lbs.
USE WITH     ☒ Female      ☐ Black Skin    ☐ Brown Hair   ☐ Balding       ☐ 21-35 Yrs.   ☒ 5'0"-5'3"   ☒ 100-130 lbs.
1, 2 or 3                  ☐ Yellow Skin   ☒ Blonde Hair(curly) Dirty ☐ Mustache  ☐ 36-50 Yrs.  ☐ 5'4"-5'8"   ☐ 131-160 lbs.
☒                          ☐ Brown Skin    ☐ Gray Hair    ☐ Beard         ☒ 51-65 Yrs.   ☐ 5'9"-6'0"   ☐ 161-200 lbs.
                           ☐ Red Skin      ☐ Red Hair     ☐ Glasses       ☐ Over 65 Yrs. ☐ Over 6'     ☐ Over 200 Lbs.
Other identifying features: Identified self as a person authorized to accept service.

USE IN       The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es).
NYC CIVIL CT.
☐

MILITARY     I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity
SERVICE      whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the
☐            grounds of my belief are the conversations and observations above narrated.
             Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in
             either the State or in the Federal statutes.

Sworn to before me on                                              _____
                                                                    Print name beneath signature
6/3/08
                                                                   Daniel T. Fellows
                                                                                        License No. _____

**INSTRUCTIONS:** Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

Military Service. 12-88                                                                  PUBLISHER, NYC 1001

**US District COURT OF Southern District OF New York**

Konstantin Dobryakov                                     Plaintiff(s)

against

The Village of Spring Valley Police Department, The Village of Spring Valley, The County of Rockland, The Rockland County District Attorney's Office, The Rockland County Narcotic Task Force and "John Doe", a fictitious name intended to represent that Police Officers who were involved in the arrest and detainment of the Plaintiff.
                                                          Defendant(s)

Index No. 08CIV4488-USDC/SDNY

AFFIDAVIT OF
SERVICE OF SUMMONS
(AND COMPLAINT)

STATE OF NEW, County of Rockland SS:

The undersigned, being duly sworn, deposes and says; Jeponen is not a party herein, is over 18 years of age and resides at New City, NY
That on May 28 2008 at 12:05 P.M., at 11 New Hempstead, New City, NY 10456
deponent served the within summons, and complaint on The County of Rockland
                                                          defendant therein named

**INDIVIDUAL 1. ☐** by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2. ☒** a Municipal corporation, by delivering thereat a true copy of each to Denise Lagarde personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be Employee and Representative thereof.

**SUITABLE AGE PERSON 3. ☐** by delivering thereat a true copy of each to _____ a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4. ☐** by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A. ☐** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B. ☐** Within 20 days of such delivery or affixing; deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business, at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2 of 3 ☒**
- ☐ Male        ☒ Female
- ☒ White Skin  ☐ Black Skin  ☐ Yellow Skin  ☐ Brown Skin  ☐ Red Skin
- ☐ Black Hair  ☐ Brown Hair  ☒ Blonde Hair  ☐ Gray Hair  ☐ Red Hair
- ☒ White Hair  ☐ Balding  ☐ Mustache  ☐ Beard  ☐ Glasses
- ☐ 14-20 Yrs.  ☒ 21-35 Yrs.  ☐ 36-50 Yrs.  ☐ 51-65 Yrs.  ☐ Over 65 Yrs.
- ☐ Under 5'  ☐ 5'0"-5'3"  ☒ 5'4"-5'8"  ☐ 5'9"-6'0"  ☐ Over 6'
- ☐ Under 100 Lbs.  ☐ 100-130 Lbs.  ☒ 131-160 Lbs.  ☐ 161-200 Lbs.  ☐ Over 200 Lbs.

Other identifying features: Identified self as Denise Lagarde

**USE IN NYC CIVIL CT. ☐** The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es).

**MILITARY SERVICE ☐** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.
Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on
6/3/08

_[signature]_

Print name beneath signature
Daniel T. Fellows

License No. _____

**INSTRUCTIONS:** Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.