UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x   Docket No.: 08 CV 4488 (CLB)
KONSTANTIN DOBRYAKOV,

                Plaintiff,   **STIPULATION EXTENDING TIME**
-against-   **TO ANSWER**

THE VILLAGE OF SPRING VALLEY POLICE
DEPARTMENT, THE VILLAGE OF SPRING
VALLEY, THE COUNTY OF ROCKLAND, THE
ROCKLAND COUNTY DISTRICT ATTORNEY'S
OFFICE, THE ROCKLAND COUNTY NARCOTIC
TASK FORCE, and "JOHN DOE", a fictitious name
intended to represent those police officers who were
involved in the arrest and detainment of the Plaintiff,

                Defendants.
------------------------------------------------------------x

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the respective parties herein, that the defendants THE VILLAGE OF SPRING VALLEY POLICE DEPARTMENT, and THE VILLAGE OF SPRING VALLEY's time to appear, answer or move with respect to the Complaint in this action is extended up to and including July 16, 2008.

Dated: Mineola, New York
       June 4, 2008

FELLOWS, HYMOWITZ & EPSTEIN   MIRANDA SOKOLOFF SAMBURSKY
Attorney for the Plaintiff   SLONE VERVENIOTIS LLP
254 South Main Street   Attorneys for Defendants
Suite 400   The Village of Spring Valley Police
New City, New York 10956   Department, The Village of Spring Valley
(845) 634-3775   240 Mineola Boulevard
   Mineola, New York 11501
   (516) 741-7676
   File No.: 07-528

By: _____   By: _____
   Darren J. Epstein, Esq. (DE-0285)      Brian S. Sokoloff, (BSS-7147)

SO ORDERED:

_____
Charles L. Brieant
U.S.D.J.