UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KONSTANTIN DOBRYAKOV,

                Plaintiff,

        -against-

THE VILLAGE OF SPRING VALLEY POLICE
DEPARTMENT, THE VILLAGE OF SPRING
VALLEY, THE COUNTY OF ROCKLAND, THE
ROCKLAND COUNTY DISTRICT ATTORNEY'S
OFFICE, THE ROCKLAND COUNTY NARCOTIC
TASK FORCE, and "JOHN DOE", a fictitious name
intended to represent those police officers who were
involved in the arrest and detainment of the Plaintiff.

                Defendants.

ECF Case

08 Civ. 4488 (CLB)

**STIPULATION EXTENDING
TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the

respective parties herein, that the defendants THE COUNTY OF ROCKLAND, THE

ROCKLAND COUNTY DISTRICT ATTORNEY'S OFFICE, THE ROCKLAND COUNTY

NARCOTIC TASK FORCE, and JOHN DOE's time to appear, answer or move with respect to

this action is extended up to and including July 16, 2008.

Dated: White Plains, New York
       June 13, 2008

FELLOW, HYMOWITZ & EPTSTEIN, P.C.
*Attorney for the Plaintiff*
254 South Main Street
Suite 400
New City, New York 10956
(845) 634-3775

By: _____
   Darren J. Epstein (DE 0285)

DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Attorneys for Defendants*
*County of Rockland, the Rockland County*
*District Attorney's Office, the Rockland*
*County Task Force and John Doe*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200

By: _____
   Kevin J. Plunkett (KP 3049)

*So Ordered*

Charles L. Briant
6-17-2008          USDJ