

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KONSTANTIN DOBRYAKOV,

           Plaintiff,

-against-

THE VILLAGE OF SPRING VALLEY POLICE DEPARTMENT, THE VILLAGE OF SPRING VALLEY, THE COUNTY OF ROCKLAND, THE ROCKLAND COUNTY DISTRICT ATTORNEY'S OFFICE, THE ROCKLAND COUNTY NARCOTIC TASK FORCE, and "JOHN DOE", a ficticious name intended to represent those police officers who were involved in the arrest and detainment of the Plaintiff.

           Defendants.

ECF Case

08 Civ. 4488 (CS)

**STIPULATION EXTENDING TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties herein, that the defendants THE COUNTY OF ROCKLAND, THE ROCKLAND COUNTY DISTRICT ATTORNEY'S OFFICE, THE ROCKLAND COUNTY NARCOTIC TASK FORCE, and JOHN DOE's time to appear, answer or move with respect to this action is extended up to and including August 15, 2008.

Dated: White Plains, New York
       July 29, 2008

FELLOW, HYMOWITZ & EPTSTEIN, P.C.
*Attorney for the Plaintiff*
254 South Main Street
Suite 400
New City, New York 10956
(845) 634-3775

Darren J. Epstein (DB 0285)

DELBELLO DONNELLAN WEINGARTEN WISE & WIEDERKEHR, LLP
*Attorneys for Defendants*
*County of Rockland, the Rockland County District Attorney's Office, the Rockland County Task Force and John Doe*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200

By: Kevin J. Plunkett (KP 3049)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

SO ORDERED
Cathy Seibel 8/4/08